506 A.2d 900

**COMMONWEALTH of Pennsylvania**

v.

**William Dennis FULMER, Appellant.**

Supreme Court of Pennsylvania.

Argued March 7, 1986.

Decided April 14, 1986.

William H. Burwell, Office of the Public Defender, Franklin, for appellant.

William G. Martin, Jr., Dist. Atty., Franklin, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

ZAPPALA, J., dissents.